FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 28, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LILIA YANET HUERTA-RAMOS,<br><br>Defendant. | No. 1:24-CR-02026-SAB-3<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 78** |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 78). Defendant was represented by court-appointed attorney Christoper R. Black.

Defendant requests that the Court remove Special Condition Nos. 9 and 10 to remove GPS monitoring. ECF No. 78. Defendant has been on pretrial release since April 30, 2024. ECF No. 30. The Court has not been made aware of any issues of noncompliance since then. Defendant asserts that she has fully complied with her conditions, including completing mental-health and substance-use treatment as required. ECF No. 78. Defendant also indicates that she gave birth to her second child on January 20, 2025, and is now caring for both a newborn and a toddler. *Id.*

The United States Attorney's Office and the United States Probation/Pretrial Services Office have no objection to Defendant's request. *Id.*

ORDER - 1

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 78**) is **GRANTED**.

2. **Special Condition Nos. 9–10 (ECF No. 30) are STRICKEN**.

3. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED January 28, 2025.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2